IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RICARDO MELENDEZ-PEREZ,<br><br>Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent | CIVIL NO. 04-2406(DRD)<br>re: Criminal No. 98-164-3(DRD)<br><br>Section 2255 |

# JUDGMENT

Pursuant to the Opinion and Order issued on this same date, defendant's sentence is to be reduced to 120 months. All other terms of the criminal judgment are to remain as originally issued. Amended criminal sentence is to be issued.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 30 day of November, 2006.

s/ Daniel R. Domínguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**